# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

PHIL MILEY, MARK MILEY AND MELISSA
MILEY

NO.   2020 CW 1161

VERSUS

MELVIN ELIESON, M.D., VERNON KEITH
RHYNES, M.D., OUR LADY OF THE LAKE
HOSPITAL, INC. d/b/a OUR LAD OF THE
LAKE REGIONAL MEDICAL CENTER, JULES
PARR, CRNA AND KEVIN ANDERSON, M.D.
LOUISIANA MEDICAL MUTUAL INSURANCE
COMPANY, EVANSTON INSURANCE COMPANY,
ABC INSURANCE COMPANY AND DEF INSURANCE
COMPANY

**MARCH 02, 2021**

---

In Re:   Melvin J. Elieson, M.D. and Louisiana Medical Mutual
Insurance Company, applying for supervisory writs,
19th Judicial District Court, Parish of East Baton
Rouge, No. 587275.

---

**BEFORE:   GUIDRY, McCLENDON, AND LANIER, JJ.**

**WRIT   DENIED.**   The   criteria   set   forth   in   **Herlitz
Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,**
396 So.2d 878 (La. 1981) (per curiam) are not met.

**JMG**
**PMc**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT